1   **TYCKO & ZAVAREEI LLP**
    Annick M. Persinger (SBN 272996)
2   Maren I. Christensen (SBN 320013)
    apersinger@tzlegal.com
3   mchristensen@tzlegal.com
    1970 Broadway, Suite 1070
4   Oakland, CA 94612
    Telephone (510) 254-6808
5   Facsimile (202) 973-0950

6   **TYCKO & ZAVAREEI LLP**
    Hassan A. Zavareei (SBN 181547)
7   hzavareei@tzlegal.com
    1828 L Street, NW, Suite 1000
8   Washington, DC 20036
    Telephone (202) 973-0900
9   Facsimile (202) 973-0950

10

11  *Attorneys for Plaintiff Jamie Young*
    *(Additional Counsel on Signature Page)*

12

13          **UNITED STATES DISTRICT COURT**

14          **NORTHERN DISTRICT OF CALIFORNIA**

15                  **OAKLAND DIVISION**

16  JAMIE YOUNG, on behalf of herself and all        Case No. 4:19-cv-3867-JST
    others similarly situated,
17                                                   **STIPULATION AND [PROPOSED] ORDER**
                        Plaintiff,                   **TO ADJOURN CASE MANAGEMENT**
18                                                   **CONFERENCE, VACATE CASE**
            v.                                       **MANAGEMENT STATEMENT**
19                                                   **DEADLINE, AND STAY CASE PENDING**
    BANK OF AMERICA, N.A.,                           **DECISION IN** *FACEBOOK, INC. V.*
20                                                   *DUGUID*, **NO. 19-511 (S. CT.)**
                        Defendant.
21                                                   Judge:       Hon. Jon S. Tigar

22

23

24

25

26

27

28

1    Plaintiff Jamie Young and Defendant Bank of America, N.A. (herein, "Parties") jointly

2  and respectfully agree and request that the Court adjourn the currently scheduled case management

3  conference, vacate the case management statement deadline, and stay this matter for a limited time

4  until the pending Petition for Writ of Certiorari is resolved in *Facebook, Inc. v. Duguid*, No. 19-

5  511 (S. Ct.).[1] The Parties will notify this Court within seven (7) days of the Supreme Court's

6  decision to grant, deny, hold in abeyance, or otherwise dispose of Facebook's currently pending

7  Petition for Writ of Certiorari in the *Duguid* matter, pursuant to the stipulation set forth below.

8    On January 10, 2020, the Supreme Court granted review of the certiorari petition in *Barr*

9  *v. American Association of Political Consultants, Inc.* (*AAPC*), No. 19-631 (S. Ct.), https://

10  www.supremecourt.gov/search.aspx?filename=/docket/docketfiles/html/public/19-631.html.    In

11  *AAPC*, the Supreme Court will decide "[w]hether the government-debt exception to the TCPA's

12  automated-call restriction violates the First Amendment, and whether the proper remedy for any

13  constitutional violation is to sever the exception from the remainder of the statute." *AAPC*, No.

14  19-631 (S. Ct.), Question Presented, https://www.supremecourt.gov/qp/19-00631qp.pdf.    The

15  Supreme Court is expected to issue its decision in *AAPC* no later than June of 2020.

16    In addition to *AAPC*, pending before the Supreme Court is a certiorari petition in the

17  *Facebook, Inc. v. Duguid* case that presents the same constitutionality question, as well as a

18  question about the statutory meaning of the TCPA's automated call-restriction; specifically, the

19  proper interpretation of "automatic telephone dialing system." *Facebook v. Duguid*, No. 19-511.

20  The Supreme Court first considered the *Facebook v. Duguid* petition at its conference on January

21  24, 2020, but has not yet announced its decision as to the petition.

22    Given that the Supreme Court's resolution of *Facebook, Inc. v. Duguid* may affect this

23  case, the Parties agree that adjourning the case management conference, vacating the case

24  management statement deadline, and staying the matter pending the resolution of the certiorari

25  petition in *Duguid* will conserve judicial resources and avoid needless expenses.  The Parties thus

26  **STIPULATE** that:

27

28
[1] The docket for *Facebook, Inc. v. Duguid*, No. 19-511 (S. Ct.) is publicly available at https://www.supremecourt.gov/search.aspx?filename=/docket /docketfiles/html/public/19-511.html.

1.   The proposed limited stay until the Supreme Court issues an order granting, denying, holding in abeyance, or otherwise disposing of the pending certiorari petition in *Facebook, Inc. v. Duguid,* is appropriate, will not prejudice either party, will conserve judicial resources, and will best serve the orderly course of justice;

2.   The following dates should be vacated: (i) the case management conference scheduled for April 7, 2020, and (ii) the case management statement deadline of March 31, 2020;

3.   If the Supreme Court denies the pending certiorari petition in *Facebook v. Duguid*, the Parties stipulate that within seven (7) days of that denial, they will file a Joint Case Management Conference Statement and request that a Case Management Conference be set expeditiously, and that the current stay will last until the Court holds the Case Management Conference;[2]

4.   If the Supreme Court grants the pending certiorari petition in *Facebook v. Duguid*, the Parties stipulate that this litigation should remain stayed pending a decision on the merits by the Supreme Court and will so notify this Court within seven (7) days of a grant of certiorari, and further agree that they will alert this Court within seven (7) days of a ruling by the Supreme Court on the merits via a Joint Report outlining the Parties' positions in light of that decision;

5.   If the Supreme Court does not grant or deny, but holds in abeyance or otherwise disposes of the pending certiorari petition in *Facebook v. Duguid*, the Parties will notify this Court via a Joint Report within seven (7) days of such a decision, and will include in that report a proposal for next steps in this case.

**IT IS SO STIPULATED.**

---

[2] Defendant notes that it reserves its right to renew its request for a stay of litigation in light of the Supreme Court's consideration of *Barr v. AAPC* should the Supreme Court deny the pending certiorari petition in *Facebook v. Duguid.* Plaintiff does not believe the Supreme Court's consideration of *Barr v. AAPC* alone merits a stay of litigation in the present case.

1

2                                      Respectfully submitted,

3      Dated:  March 31, 2020           **TYCKO AND ZAVAREEI LLP**

4                                       By: */s/ Annick M. Persinger*
                                        Annick M. Persinger (SBN 272996)
5                                       Maren I. Christensen (SBN 320013)
                                        apersinger@tzlegal.com
6                                       mchristensen@tzlegal.com
                                        1970 Broadway, Suite 1070
7                                       Oakland, CA 94612
                                        Telephone (510) 254-6808
8                                       Facsimile (202) 973-0950

9                                       Hassan A. Zavareei (SBN 181547)
                                        hzavareei@tzlegal.com
10                                      1828 L Street, NW, Suite 1000
                                        Washington, DC 20036
11                                      Telephone (202) 973-0900
                                        Facsimile (202) 973-0950

12                                      **TERRELL MARSHALL LAW GROUP PLLC**

13                                      Beth E. Terrell (SBN 178181)
                                        Jennifer R. Murray (*pro hac vice*)
14                                      bterrell@terrellmarshall.com
                                        jmurray@terrellmarshall.com
15                                      936 North 34th Street, Suite 300
                                        Seattle, WA 98103
16                                      Telephone (206) 816-6603
                                        Facsimile (206) 319-5450

17
                                        *Attorneys for Plaintiff*
18

19     Dated:  March 31, 2020           **SNELL & WILMER LLP**

20                                      By: */s/ Becca J. Wahlquist*
                                        Becca J. Wahlquist (SBN 215948)
21                                      bwahlquist@swlaw.com
                                        350 S. Grand Avenue, Suite 3100
22                                      Los Angeles, CA 90071
                                        Telephone (213) 929-2500
23                                      Facsimile (213) 929-2525

24                                      *Attorneys for Defendant*

25

26

27

28

STIP. AND [PROPOSED] ORDER
TO STAY CASE
CASE NO. 4:19-CV-3867-JST

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# **ATTESTATION**

In compliance with Local Rule 5-1(i)(3), I attest that I am the ECF user whose identification and password is being used to file this Stipulation and [Proposed] Order to Adjourn Case Management Conference, Vacate Case Management Statement Deadline, and Stay Case Pending Decision in *Facebook, Inc. v. Duguid*, No. 19-511 (S. Ct.), and that all signatories on whose behalf this filing is submitted concur in its content and have authorized its filing.

Dated:  March 31, 2020                                    */s/ Annick M. Persinger*
                                                                           Annick M. Persinger