# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA (OAKLAND DIVISION)

| | |
|---|---|
| JAMIE YOUNG, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BANK OF AMERICA, N.A.,<br><br>Defendant. | Case No. 4:19-cv-3867-JST<br><br>[PROPOSED] ORDER |

Upon consideration of the Parties' Stipulation to Adjourn Case Management Conference, Vacate Case Management Statement Deadline, and Stay Case Pending Decision in *Facebook, Inc. v. Duguid*, No. 19-511 (S. Ct.), the Court finds that good cause for the requested stay has been shown and **GRANTS** the Parties' Stipulation.

This case is hereby **STAYED** pending the Supreme Court's forthcoming Order on the pending certiorari petition in *Facebook v. Duguid*. All case deadlines are thus vacated. The Parties shall notify the Court of the Supreme Court's decision to grant, deny, hold in abeyance, or otherwise dispose of the pending certiorari petition in *Facebook v. Duguid* within seven (7) days once that appeal has been decided, and will include in that notice a proposal for next steps in the case in accordance with the Parties' Stipulation.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: ~~March ___, 2020~~
      April 3, 2020

_____
Hon. Jon S. Tigar
United States District Judge