**TYCKO & ZAVAREEI LLP**
Annick M. Persinger (SBN 272996)
apersinger@tzlegal.com
1970 Broadway, Suite 1070
Oakland, CA 96612
Telephone (510) 254-6808
Facsimile (202) 973-0950

Attorneys for Plaintiff Jamie Young

**SNELL & WILMER L.L.P.**
Greg J. Marshall (appearance *pro hac vice*)
Patricia Brum (California Bar No. 296629)
pbrum@swlaw.com
350 South Grand Avenue, Suite 3100
Los Angeles, California 90071
Telephone:    213.929.2500
Facsimile:    213.929.2525

Attorneys for Defendant
Bank of America, N.A.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMIE YOUNG, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BANK OF AMERICA, N.A.,<br><br>Defendant. | Case No. 4:19-CV-03867-JST<br><br>Hon. Jon S. Tigar, Judge<br>Oakland Courthouse, Courtroom 6<br><br>**STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE**<br><br>Trial Date: Not Yet Set<br>Date Action Filed: July 3, 2019 |

The parties to this action, acting through counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) hereby stipulate to the Dismissal With Prejudice of this action, with each party to bear its own attorney's fees and costs.

IT IS SO STIPULATED.

Dated: April 9, 2021              SNELL & WILMER L.L.P.


                                  By: */s/ Greg J. Marshall*
                                      Greg J. Marshall

                                  Attorneys for Defendant
                                  Bank of America, N.A.


Dated: April 9, 2021              TYCKO & ZAVAREEI LLP


                                  By: */s/ Annick M. Persinger*
                                      Annick M. Persinger

                                  Attorneys for Plaintiff
                                  Jamie Young

SIGNATURE ATTESTATION

In compliance with Local Rule 5-1(i)(3), I attest that I am the ECF user whose identification and password are being used to file this Stipulation and [Proposed] Order for Dismissal with Prejudice, and that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: April 9, 2021                                   SNELL & WILMER L.L.P.


                                                        By:/s/ *Annick M. Persinger*
                                                            Annick M. Persinger

**[PROPOSED] ORDER**

Upon consideration of the parties' Stipulation for Dismissal With Prejudice of this action, the stipulation is approved. The entire action is hereby dismissed with prejudice.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: April ___, 2021

_____
Hon. Jon S. Tigar
United States District Judge

# CERTIFICATE OF SERVICE

I, Collin E. Hoover, declare as follows:

I am employed in Oakland, Alameda County, California. I am over the age of eighteen years and not a party to this action. My business address is Tycko & Zavareei, LLP, 1970 Broadway Suite 1070, Oakland, CA 94612. On April 9, 2021, I served the within:

**STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE**

on the interested parties in this action addressed as follow BY ELECTRONIC MAIL by transmitting such document electronically via the Northern District of California's CM/ECF system:

- Jennifer Rust Murray, jmurray@terrellmarshall.com
- Annick Marie Persinger, apersinger@tzlegal.com
- Beth E. Terrell, bterrell@terrellmarshall.com
- Hassan Ali Zavareei, hzavareei@tzlegal.com

I declare under penalty of perjury under the laws of the United State of America that the foregoing is true and correct and that this declaration was executed on April 9, 2021, in Oakland, California.

*/s/ Collin E. Hoover*
Collin E. Hoover